IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07-153
:
CHARLENE HUSS, :
:
    Defendant. :

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the district of Delaware, moves that the Indictment and File in this case be sealed until the arrest of the defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: November 15, 2007

AND NOW, to wit, this 15th day of November, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest of the defendant..

_____
HONORABLE LEONARD P. STARK
Magistrate Judge