**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **REDACTED** |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-*153* |
| CHARLENE HUSS, | : | |
| Defendant. | : | |



FILED

NOV 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

*Introduction*

1. At all times relevant to this Indictment, PNC Bank was a federally insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation, or FDIC.

2. In or around January 2007, the defendant, Charlene Huss ("HUSS"), was hired as a bookkeeper at Cutting & Coring, Inc., a business owned by R.F. In connection with her responsibilities, HUSS had access to checks and account information for the business bank account XX-XXXX-8331 maintained with PNC Bank, but at no time was she an authorized signatory on the account or otherwise authorized to make withdrawals or transfer funds from that account.

*Scheme and Artifice to Defraud*

3.  Beginning on or about January 15, 2007 and continuing through on or about July 7, 2007, HUSS caused to be issued checks made payable to herself from Cutting & Coring, Inc.'s account XX-XXXX-8331 including check no. 5746 in the amount of $500.00, check no. 5726 in the amount of $388.86, check no. 5730 in the amount of 353.56, check no. 5754 in the amount of $250.00, check no. 5767 in the amount of $400.00 and check no. 5841 in the amount of $200.00. On each of these checks HUSS would forge the authorized signature for R.F. and subsequently endorsed these checks for payment or deposited them in her personal bank account.

4. On or about January 18, 2007, HUSS presented check no. 5705 in the amount of $521.52, drawn on account number XX-XXXX-8331 to R.F. for his authorized signature. At the time R.F. signed the check, the payee information was left blank. Subsequent to R.F.'s signing of the check, and without his knowledge or permission, HUSS inserted her own name as the payee and subsequently endorsed the check for payment.

5. On or about January 23, 2007 and April 18, 2007, HUSS caused to be issued checks made payable to another Cutting & Coring employee, F.T., from Cutting & Coring, Inc.'s account XX-XXXX-8331 including check no. 5708 in the amount of $314.76 and check no. 5778 in the amount of $1,500.00. On these checks HUSS would forge the authorized signature for R.F. and would forge F.T.'s endorsement, and subsequently endorsed these checks for payment or deposited them in her personal bank account.

6. On or about April 3, 2007, and April 30, 2007, HUSS did cause ACH Debits to be made from account number XX-XXXX-8331 in the amounts of $1,500.00 and $480.52 and paid to Connective Energy Account number XXXXXXXX9993, an account unconnected with Cutting & Coring, Inc..

7. On or about June 1, 2007, and July 9, 2007, HUSS did cause ACH Debits to be made

14. From in or around January 2007 through in or around September 2007, in the District of Delaware, Charlene Huss, the defendant, did knowingly execute and attempt to execute a scheme and artifice to defraud PNC Bank, a federally insured financial institution, and to obtain the moneys, funds, and other property under the custody and control of ONC Bank by means of false and fraudulent pretenses, representations, and promises, as described more fully in paragraphs 3-13 above, incorporated herein by reference, all in violation of Title 18, United States Code, Section 1344.

## COUNT TWO

*Introduction*

15. In connection with her employment, HUSS was given access to certain information regarding credit card accounts held by R.F. and Cutting & Coring, Inc., including an American Express credit card, account XXXX-XXXXXX-X5008.

16. In or around January 2007, HUSS, without authorization from R.F., caused herself to be added as an additional cardholder on an American Express credit card, account XXXX-XXXXXX-X5008, held by R.F..

17. Using card number XXXX-XXXXX3-41072, connected with American Express credit card account XXXX-XXXXXX-X5008, in or around January 2007 through in or around July 2007, HUSS made unauthorized purchases totaling $3191.90.

*Charging Paragraph*

18. In or around January 2007 through in or around July 2007, in the District of Delaware, defendant CHARLENE HUSS knowingly and with intent to defraud, did use, affecting interstate and foreign commerce, an access device, that is an American Express credit card, related to account XXXX-XXXXXX-X5008, without lawful authority, and by such conduct

obtained things of value aggregating in excess of $1000.00 in violation of Title 18, United States Code, Section 1029(a)(2).

### COUNT THREE

*Introduction*

19. In or around May 2007, HUSS, without authorization from or the knowledge of R.F., applied for and received a credit card from Bank of America, account XXXX-XXXX-XXXX-4950, under the business name of Cutting & Coring Inc.

20. Using account XXXX-XXXX-XXXX-4950, in or around May 2007 through in or around July 2007, HUSS made unauthorized purchases totaling $23,423.93. Included in these purchases was a credit card courtesy check, number 4900, in the amount of $20,000, made payable to PNC account XX-XXXX-8331. HUSS forged the authorized signature of R.F. on this check and subsequently deposited it to PNC account XX-XXXX-8331.

*Charging Paragraph*

21. In or around May 2007 through in or around July 2007, in the District of Delaware, defendant CHARLENE HUSS did knowingly use, affecting interstate and foreign commerce, an access device, that is a Bank of America credit card, related to account XXXX-XXXX-XXXX-4950, without lawful authority, and by such conduct obtained things of value aggregating in excess of $1000.00 in violation of Title 18, United States Code, Section 1029(a)(2).

### COUNT FOUR

*Introduction*

22. In or around March 19, 2007, HUSS, without authorization from or the knowledge of R.F., applied for and subsequently received a credit card from Capital One, account XXXX-

XXXX-XXXX-3052, in the name of R.F. and Cutting & Coring Inc., using R.F.'s social security number and forging R.F.'s signature.

23. Using account XXXX-XXXX-XXXX-3052, in or around March 2007 through in or around July 2007, HUSS made unauthorized purchases totaling $10,338.93. HUSS did further attempt to use this card for additional purchases totaling $1500.00.

*Charging Paragraph*

24. In or around March 2007 through in or around July 2007, in the District of Delaware, defendant CHARLENE HUSS did knowingly use, affecting interstate and foreign commerce, an access device, that is a Capital One credit card, relating to account XXXX-XXXX-XXXX-3052, without lawful authority, and by such conduct obtained things of value aggregating in excess of $1000.00 in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT FIVE

25. In or around March 2007, in the District of Delaware and elsewhere, CHARLENE HUSS, the defendant, did knowingly use, without lawful authority, a means of identification of R.F. during and in relation to a violation of the fraud in connection with access devices statute, 18 U.S.C. § 1029(a)(2), as described in paragraphs 22 through 24 above, incorporated herein by reference, all in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(4).

## NOTICE OF FORFEITURE

Upon conviction of any of the offenses alleged in Counts One through Five of this Indictment, defendant CHARLENE HUSS shall forfeit to the United States pursuant to 18

U.S.C. Section 982(a)(2)(A) and (a)(2)(B) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including, but not limited to: a 2007 Saturn Aura, VIN #1G8ZS57N17F176167.

                 A TRUE BILL

                 Grand Jury Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Lesley F. Wolf
Assistant U.S. Attorney

Dated:  November 15, 2007