IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-*153* |
| CHARLENE HUSS, | : |
| Defendant. | : |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the district of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, CHARLENE HUSS, as a result of the Indictment returned against her on November 15, 2007

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: November 15, 2007

**AND NOW**, to wit, this __15th__ day of __November__, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Charlene Huss.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge