IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-153 |
| CHARLENE HUSS, | : |
| Defendant. | : |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Indictment and file in this case be unsealed. On November 15, 2007, defendant was indicted by the Grand Jury for the District of Delaware and a warrant was issued for her arrest. At that time, the Court granted the Government's Motion to Seal the Indictment and File until such time as the defendant was arrested. Defendant, however, is currently in the custody of the state at Baylor Women's Correctional Institution. Accordingly, the Government respectfully moves that the Indictment and file be unsealed in the interests of justice.



FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____

Lesley F. Wolf
Assistant United States Attorney

Dated: November 20, 2007

AND NOW, to wit, this ___ day of _November_____, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

