IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLENE HUSS, | ) Criminal Action No. 07-153-JJF |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_ Maximum sentence life imprisonment or death

   \_\_\_ 10+ year drug offense

   \_\_\_ Felony, with two prior convictions in above categories

   \_\_\_ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   **X** Serious risk defendant will flee

   \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

   **X** Defendant's appearance as required

FILED
JAN 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    \_\_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

    \_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    **X** After continuance of **3** days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_\_ (a) on release pending trial for a felony;

        \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_ (c) on probation or parole for an offense.

    \_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __14th__ day of __January__, 2008.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

BY: _____
        Lesley F. Wolf
        Assistant United States Attorney