AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
V.
CHARLENE HUSS

**WARRANT FOR ARREST**

Case Number: 07- *153 JJF*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **CHARLENE HUSS**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Bank Fraud, Credit Card Fraud and aggrivated Identity Theft

in violation of Title  18   United States Code, Section(s)  1344; 1029(a)(2) and 1028A(a)(1) and (c)(4)

HONORABLE LEONARD P. STARK
Name of Issuing Officer

Signature of Issuing Officer

United States Magistsrate-Judge
Title of Issuing Officer

*November 15, 2007*
Date and Location  *Wilmington, Delaware*

**FILED**
**JAN 1 5 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

*Charlene Huss*

| DATE RECEIVED  11/15/07 | NAME AND TITLE OF ARRESTING OFFICER  Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  1/14/08 | | |