IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLENE HUSS, | ) Criminal Action No. 07-153-JJF |
| | ) |
| Defendant. | ) |

### ORDER OF PSYCHOLOGICAL EVALUATION

**AND NOW**, this 17th day of January, 2008, **IT IS ORDERED THAT** the defendant have a psychological health evaluation to be conducted by Catherine M. Barber, PhD., a medical professional deemed acceptable by the government, defendant, and Pretrial Services.

**IT IS FURTHER ORDERED THAT** the psychological health evaluation be released to the Pretrial Services officer and distributed to the Court, government, and defendant.

**IT IS FURTHER ORDERED THAT** the Detention Hearing scheduled for January 16, 2008 be continued until February 4, 2008 at 9:00 A.M. before United States Magistrate Judge Mary Pat Thynge.

Hon. Mary Pat Thynge
United States Magistrate Judge



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE