UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR07-153-JJF |
| vs. ) | |
| CHARLENE HUSS ) | |
| ) | |
| Defendant. ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on FEBRUARY 8, 2008 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 2, 2008. The time between the date of this order and April 2, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
FEB  8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE