IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-153-JJF |
| | : | |
| CHARLENE HUSS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.   The Grand Jury returned an Indictment against the defendant on November 15, 2007.

2.   The pre-trial motions deadline was set for April 2, 2008.  No pre-trial motions have been filed as of the date of this application.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter.  A proposed form of order is attached for the Court's convenience.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


By:   s/Lesley F. Wolf
      Lesley F. Wolf
      Assistant United States Attorney
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046


DATED:    April 7, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-153-JJF |
| | : | |
| CHARLENE HUSS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1.  A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2.  Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE