Charlene Huss - 376786
Baylor WCI
N.C. DE 19720

3/23/08

```
FILED

APR - 8 2008

MARY PAT THYNGE
U. S. MAGISTRATE JUDGE
```

Dear Judge Thyene,

I am writing you again to ask for your help in getting me home and in treatment. I am still at WCI. I signed my extradition papers on 2/14/08 and PA has still not come for me.

I just got off the phone with my husband and you know I've been taking care of my mother in law. Well she has decided to stop her dyalisis since I'm not there to take care of her. She says it's hard for my husband to take care of her, so she wants to stop going to dyalisis. The Dr's says it will be a very painful way to die, but if she would con't going for treatment she could live a couple more years.

I am asking if you can pull me out of jail and have the braclet put on me & my treatment started so I can get my mother inlaw back on her treatment, and have things the way it should be. I don't want her to die with me in here, that would stay on my mind forever.

I hope you will concider this.

Thank You
Charlee B Huss

WOMEN'S CORRECTIONAL INSTITUTION
PERSONAL BELONGINGS RELEASE FORM

TO:    THE VISITING ROOM OFFICER

I understand that the Institution cannot store and/or secure my personal belongs for an extended period of time. Therefore, the items listed will be taken out of the Institution by the individual identified below, within ten (10) days or they will be disposed of by the Institution. Description of the item(s) is as follows: (color, long or short sleeve, gold tone, etc.)

| QTY | ARTICLE/DESCRIPTION | CONDITION |
|-----|---------------------|-----------|
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |
|     |                     |           |

(PLEASE USE THE REVERSE SIDE OF THE FORM IF NECESSARY)
--------------------------------------------------------------------

(PLEASE PRINT)

_____    /   /          _____    /   /
C/O SIGNATURE            DATE           VISITOR SIGNATURE         DATE

                         /   /
_____                    _____
INMATE SIGNATURE         DATE                    ADDRESS

One
376
600 C
Wec APR 2008 PM 2 L
WILMINGTON DE 197

Mary P. Thynne
Lead Court House - Lock
J St.
DE. 19801

U.S.M.S
X-RAY