IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|           Plaintiff, | : |
| v. | : Criminal Action No. 07-153 JJF |
| CHARLENE HUSS, | : |
|           Defendant. | : |

### O R D E R

WHEREAS, on May 8, 2008 the Court held a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Status Conference will be held on **August 13, 2008, at 11:00 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2) The time between May 8, 2008 and August 13, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

_May 15, 2008_              _[signature]_
      DATE                 UNITED STATES DISTRICT JUDGE