IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-153-JJF |
| CHARLENE HUSS, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

The Defendant, Charlene Huss, by and through her counsel, Luis A. Ortiz, Esquire, hereby moves the Court for an order continuing the scheduling conference in this case.

In support of the motion, the defense submits as follows:

1.	A scheduling conference in this matter is scheduled for Wednesday, August 13, 2008, at 11:00 a.m.

2.	The Defendant, Charlene Huss, intends to eliminate a substantial portion of her restitution in this case by paying of a title loan on a vehicle that was allegedly obtained illegally in this case. Her family is refinancing the family home and has agreed to pay the title loan. Settlement on the refinancing is tentatively scheduled for August 30, 2008.

3.	The government and defense counsel are currently discussing a non-trial disposition of this matter. The parties agree that the payment of the title loan may have a significant positive effect on the ongoing negotiations regarding Mrs. Huss.

4.	Accordingly, the defense respectfully requests that the scheduling conference be continued 45 days in order to complete all negotiations

5.     Assistant United States Attorney, Lesley F. Wolf, counsel for the government, does not oppose the defense's request for a continuance of the scheduling conference.

6.     The defense agrees to waive, pursuant to the Speedy Trial Act, any time between August 30, 2008, and the date of the scheduling conference.

7.     Mrs. Huss has no objection to this request for a continuance.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the scheduling conference in this case be re-scheduled to another date.

Respectfully Submitted,

 */s/ Luis A. Ortiz*
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Counsel for Defendant Charlene Huss

Dated: July 28, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-153-JJF |
| | : | |
| CHARLENE HUSS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In response to Defense's Motion for Continuance of Scheduling Conference, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Mrs. Huss' scheduling conference be re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m., and that the time from August 13, 2008 up to the day of the scheduling conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court