IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-153-JJF |
| CHARLENE HUSS, | : |
| Defendant. | : |

## ORDER

In response to Defense's Motion for Continuance of Scheduling Conference, this Court HEREBY ORDERS on this _31st_ day of _July_, 2008, that Mrs. Huss' scheduling conference be re-scheduled for the _11th_ day of _September_, 2008 at _11:30_ a.m./~~p.m.~~, and that the time from August 13, 2008 up to the day of the scheduling conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.). *No further continuances*

_Joseph J. Farnan Jr._
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court